800-1983 A

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

# *United States District Court

JAN 12 2017

_____District

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

Curtis Clifton
**Plaintiff**

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

**VS**                Case Number: 2:17-CV-6-BRW-JTK

J.R Smith, Mike Bachand, David Barnes
**Defendant**

I, Curtis Clifton _____ declare that I am the <u>Plaintiff</u> in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this motion, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated ?        ☑ Yes  ☐ No

   If "Yes" state the place of your incarceration ARKANSAS DEPT of CORRECTIONS DELTA REGIONAL

   Are you employed at the Institution ?       ☐ Yes  ☑ No
   Do you receive payment from the Institution ?   ☐ Yes  ☑ No

Have the Institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the Institution of your incarceration showing at least the past six month's transactions.

2. Are you currently employed ?        ☐ Yes  ☑ No

   a. If the answer is "**Yes**" state the amount of your take home salary or your wages and pay period and give the name and address of your employer. _____

   b. If the answer is "**No**" state the date of your last employment, the amount of your take home salary or wages and pay period and the name of your last employer. July 2014, Arkansas Box Corp., Conway, AR 8.50 per hour

3. In the past 12 months I have **not** received any money from the following sources: business, profession, self-employment, rent payments, interest or dividends, pensions, annuities, life insurance, disability or worker compensation payments, gifts, or inheritance payments, or any other source. If your answer is "**Yes**" to any of these, state the amount(s) and the source.
   I have NOT received any

4. Do you have any cash or checking or savings accounts, or do you own any real estate, stocks, bonds, securities, or other financial instruments, automobiles or other valuable property ? If your answer is **"Yes"**, describe the property or financial instruments and it's value : yes, a checking acct with a balance of less than $5

5. List the persons who are dependent on your for support. State your relationship to each person and indicate how mush you contribute to their support. none

I declare under penalty of perjury that the above information is true and correct to the best of my knowledge and belief.

1-10-17
Date

Curt. C.
Signature of Applicant

## NOTARY SERVICE

**STATE OF ARKANSAS**     )
                          ) §
**COUNTY OF** Chicot      )

**SUBSCRIBED AND SWORN TO BEFORE ME**, a *Notary Public*, on this 10th day of January, 2017.

Welma Denise Scott
Notary Public

My Commission Expires : 01-31-2021

DEBRA DENISE SCOTT
NOTARY PUBLIC-STATE OF ARKANSAS
CHICOT COUNTY
My Commission Expires 01-31-2021
Commission # 12382201

## CERTIFICATE
(Incarcerated Applicants Only)
(to be completed by the Institution of Incarceration)

I certify that the applicant, Curtis Clifton #650436, has the sum of $0.05 on account to his credit at (name of institution) Delta Regional Unit. I further certify that the applicant has the following securities to his Credit : N/A.

I further certify that during the past six months the applicants average balance was $3.11. I further certify that during the last six months the applicants average monthly deposit was $23.31.

1-9-17
Date

Monica Terry
Signature of Authorized Officer

## CERTIFICATE OF SERVICE

I, __Curtis Clifton__, the Petitioner herein, do hereby certify that on this __10__ day of __January__, 20__17__, a copy of the foregoing was served on the following by placing in the US mail with sufficient postage affixed to ensure delivery to:

Pro Se Law Clerk
600 West Capitol, Suite 402
Little Rock, AR 72201-3325

_____
Petitioner, *Pro se*

**STATE OF ARKANSAS** )
                      )§
**COUNTY OF CHICOT**  )

SUBSCRIBED AND SWORN TO BEFORE ME, a *Notary Public*, on this __10th__ day of __January__, 20__17__.

_____
*Notary Public*

My Commission Expires: __01-31-2021__

DEBRA DENISE SCOTT
NOTARY PUBLIC-STATE OF ARKANSAS
CHICOT COUNTY
My Commission Expires 01-31-2021
Commission # 12382201

5