# FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 12 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 2:17-CV-6-BRW-JTK

I.  Parties:

In items A below, place your full name, ADC #, and address in the spaces provided. Do the same for additional plaintiffs, if any.

A.) Name of plaintiff: Curtis Clifton
ADC# 650436
Address: 880 E. Gaines St., Dermott AR 71638

Name of plaintiff _____
ADC# _____
Address: _____

This case assigned to District Judge Wilson
and to Magistrate Judge Kearney

Name of plaintiff _____
ADC# _____
Address: _____

In item B below, place the full name, official position, place of employment, and address in the spaces provided. Do the same for additional defendants, if any.

B.) Name of defendant: J.R. Smith
Position: Sheriff
Place of employment: Cross County Sheriff's Dept.
Address: 704 E. Canal St, Wynne AR 72396

Name of defendant: Mike Bachand
Position: jail administrator
Place of employment: Cross County Sheriff's Dept.
Address: 704 E Canal, Wynne AR 72396

Name of defendant: David Barnes
Position: head jailor
Place of employment: Cross County Sheriff's Dept.
Address: 704 E. Canal, Wynne AR 72396

Name of defendant: _____
Position: _____
Place of employment: _____
Address: _____

Name of defendant : _____
Position : _____
Place of employment: _____
Address : _____

Name of defendant : _____
Position : _____
Place of employment: _____
Address : _____

II.   Are you suing the defendants in :

   A.)   official capacity only
   B.)   personal capacity only
   **(C.)**   both official capacity and personal

III.   Previous lawsuits

   A.)   Have you begun other lawsuits in state or federal court dealing with the same Facts involved in this action ?   ☐ Yes ☑ No

   B.)   If your answer is **yes**, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.) Parties to the previous lawsuit :

   Plaintiffs : _____
   _____
   _____

   Defendants : _____
   _____
   _____

   Court (if federal court, name the district; if state, name the county) :
   _____

   Docket Number : _____
   Name of judge to whom case was assigned : _____

   Disposition : (for example : Was the case dismissed ? Was it appealed ?)
   _____

   Approximate date of filing lawsuit : _____
   Approximate date of disposition : _____

IV.   Place of present confinement : **Delta Regional Unit, Dermott, AR 71638**

V.   At the time of the alleged incident(s), were you : (Check the appropriate blank)

   ____ in jail and still awaiting trial on pending criminal charges;

   ____ serving a sentence as a result of a judgment of conviction;

   **✓** in jail for other reasons (e.g. alleged probation violation, etc. )

Explain: __90 day parole violation__

VI. The prison litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each claims asserted in this complaint may result in the dismissal without prejudice of all claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint? ☑ Yes ☐ No

B. Did you completely exhaust the grievance(s) by appealing to all levels within the Grievance procedure? ☑ Yes ☐ No
If **not**, why? _____

VII. Statement of Claim.

State here, (as briefly as possible), the facts of your case. Describe how each Defendant is involved. Include also the names of other people involved, dates, and places. **Do not** give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was booked into Cross County Jail on 10-15-16. Sometime in the days proceeding this I was involved in a car wreck. I do not remember the days surrounding the accident. I assume it is because of concussion symptoms or other brain injury since I had an open wound on my head while in the jail. On 10-16-16 at approx 3 pm I snapped out of the blackout I had been in for the proceeding days. I immediately began seeking medical attention. Jailor Ashton brought me a request form and I filled it out asking for medical care for head + wrist injuries. Mr. Mike Bachand never responded to my request. On 10-19-16 I turned in another request for medical care for the same injuries. Once again Mr. Bachand never responded. On 10-23-16 I filled out a grievance form because I was not getting medical care, nor was Mr. Bachand responding to my requests. Jailor David Barnes was promoted to a job similar to head jailor. Every single shift he worked I told him about my injuries and pleaded for help. Many days he simply would not even give me any requests or grievance forms. When I was able to obtain the forms and turn them in, he never made me a copy and returned it to me, eventhough that is jail policy. And still, I received NO word at all from Mike Bachand. So I began addressing my grievances directly to Sheriff J.R. Smith. Still NO response from anybody. In total I wrote 8 requests + 4 grievances along

3

with 1 ADC medical request. Finally on 11-17-16 Mr. Bochard talked to me and told me I was going to ADC for medical care. And on 11-21-16 I was shipped to ADC for medical. It took 34 days for me to receive any response from the defendants. Then an additional 4 days to get transferred for medical to ADC. In total I spent 38 days in Cross County Jail with significant head and wrist injuries and never received any medical care.

VIII. Relief:

State briefly exactly what you want the court to do for you. **Make no legal arguments.** Cite no cases or statutes. grant relief in the amount of $250,000 for cruel and unusual punishment, deliberate indifference, and failure to protect, also mental anguish, and pain and suffering. This includes punitive and compensatory damages. ($125,000 each)

I declare under penalty of perjury, (18 U.S.C. § 1621) that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 9th day of January, 2017.

Respectfully Submitted,

Curtis Clifton

4