IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**CURTIS CLIFTON,** **PLAINTIFF**
ADC #650436

v. 2:17CV00006-BRW-JTK

**J. R. SMITH, et al.** **DEFENDANTS**

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, I adopt them in their entirety.

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 20) is GRANTED, and Plaintiff's Complaint against Defendants is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 17th day of November, 2017.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE