# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**CURTIS CLIFTON,**                                                                             **PLAINTIFF**
**ADC #650436**

**v.**                                  **2:17CV00006-BRW-JTK**

**J. R. SMITH, et al.**                                                      **DEFENDANTS**

## **JUDGMENT**

Based on the Order entered today, it is Considered, this case is DISMISSED with prejudice.

The relief sought is denied.

IT IS SO ORDERED this 17th day of November, 2017.

                                                           /s/ Billy Roy Wilson_____
                                                            UNITED STATES DISTRICT JUDGE